NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000836**
**13-SEP-2013**
**08:24 AM**

NO. CAAP-12-0000836

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


MAYDENE I. SIMMONS,
Plaintiff-Appellant,
v.
AQUA HOTELS AND RESORTS, INC., a foreign Profit Corporation;
KAI MANAGEMENT SERVICES LLC, dba KAUAI BEACH RESORT,
a Domestic Limited Liability Company;
JOHN DOES 1-10 and JANE DOES 1-10,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 11-1-0059)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Reifurth and Ginoza, JJ.)

Upon consideration of "Defendants-Appellees Aqua Hotels and Resorts' and Kai Management Services LLC's Motion For Reconsideration" filed on September 3, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, September 13, 2013.


Presiding Judge


Associate Judge


Associate Judge